JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KENNY RENE SALAZAR-MEDINA,
Petitioner,
v.
MARKWAYNE MULLIN ET AL,
Respondents.

Case No. 5:26-cv-05799-MAR

JUDGMENT

**IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents shall immediately release Petitioner, **Kenny Rene Salazar-Medina (A# 213-348-876)** ("Petitioner") from custody subject only to conditions that were in place prior to his August 11, 2026 detention, if any. Respondents shall return any confiscated property and documents to Petitioner upon release, including his Employment Authorization Document, Social Security card, driver's license, and cellular telephone. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before a neutral decisionmaker at which the Government bears the burden of proof to show by clear and convincing evidence that there has been a material change in circumstances such that Petitioner is a flight risk or a danger to the community and that no condition or combination of

conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Dated: November 3, 2026

MARGO A. ROCCONI
United States Magistrate Judge